OPINION — AG — QUESTION: "I AM WRITING TO REQUEST WHETHER OR NOT IT WOULD BE POSSIBLE TO OBTAIN AN OPINION FROM YOUR OFFICE AS TO THE CONSTITUTIONALITY OF HOUSE BILL NO. 814, PASSED BY THE 1963 LEGISLATURE. THIS BILL AMENDS 47 O.S. 1961 17-101 [47-17-101]?" — KEY WORDS: MISDEMEANOR, AFTER FORMER CONVICTION OF FELONY , JAIL SENTENCE IS MANDATORY OR OPTIONAL CITE: ARTICLE XIV, SECTION 1 (FRED HANSEN)